

300 Carnegie Center, Suite 150, Princeton NJ 08540
Tel: (201) 687-9977    Facsimile: (201) 595-0308   Toll: (866) 216-4124
Florida ● New Jersey ● New York

July 6, 2021

**VIA CM/ECF**
Judge A. Kathleen Tomlinson, U.S.M.J.
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11722

    Re:    NELSON OMAR GOMEZ CASTILLO and FRANKLIN ABEL MEJIA
              SANTOS, et.al.  v. PARK PLACE BAR & GRILL, LLC, et.al.
              DOCKET NO.: 2:20-CV-02549

Dear Judge Tomlinson:

      I represent Plaintiffs and Opt-In Plaintiffs (collectively "Plaintiffs") in the above captioned matter. In accordance with this Honorable Court's Order Approving Settlement, save expenses in the amount of $1955.22 [DE-33], for which the Court requested additional submissions, please accept the attached invoices and/or receipts as proof of these expenditures.

      With respect to the Lexis/Nexis Accurint bill, please note that Lexis/Nexis could not provide itemized expenses with respect to the individualized searches performed in this matter. However, as reflected in the expense report submitted with the initial Motion for Approval [DE 31-4], the undersigned performed ten (10) Accurint searches in the matter, 6 business searches at $29.00 per search and four (4) individual searches at $16.20 per search, equating to a total cost of $238.80.

      The undersigned requests this Court grant Plaintiffs' request for approval of the remaining expenses of $1,955.22. Thanking this Honorable Court in advance for its anticipated attention to this matter.

                                                           Very truly yours,

                                                          /s/Jodi Jaffe
                                                          Jodi J. Jaffe

cc: Scott Green, Esq. (via CM/ECF)